IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ALVIN PEAVEY,

      Petitioner,                   No. CIV S-06-2613 MCE EFB P

      vs.

ROBERT A. HOREL, Acting Warden, et al.,

      Respondents.                FINDINGS & RECOMMENDATIONS

        On November 22, 2006, the court ordered that petitioner be dismissed as a party from *Saif'ullah v. Horel*, Civ. S-06-1083 MCE EFB P, and directed the Clerk of the Court to open a separate civil case. *See* Fed. R. Civ. P. 21; Rule 11, Rules Governing § 2254 Cases. Accordingly, the court opened this action, Civ. S-06-2630 GEB EFB P, as a separate case. The court also ordered petitioner to, within 30 days, either pay the filing fee or to seek leave to proceed *in forma pauperis*, and to file an amended petition. The court warned petitioner that failure to comply with that order would result in a recommendation of dismissal. The 30 days have passed and petitioner has not complied with or responded to the court's order.

        Accordingly, it is hereby RECOMMENDED that this action be dismissed. *See* Fed. R. Civ. P. 41(b); Local Rule 11-110.

/////

| | |
|---|---|
| 1 | These findings and recommendations are submitted to the United States District Judge |
| 2 | assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l). Within twenty days |
| 3 | after being served with these findings and recommendations, any party may file written |
| 4 | objections with the court and serve a copy on all parties. Such a document should be captioned |
| 5 | "Objections to Magistrate Judge's Findings and Recommendations." Failure to file objections |
| 6 | within the specified time may waive the right to appeal the District Court's order. *Turner v.* |
| 7 | *Duncan*, 158 F.3d 449, 455 (9th Cir. 1998); *Martinez v. Ylst*, 951 F.2d 1153 (9th Cir. 1991). |
| 8 | DATED: March 12, 2007. |

_____
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE